462 A.2d 211

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**James BROADNAX, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 27, 1983.

Decided July 8, 1983.

Joel Every, Philadelphia, (Court-appointed), for appellant.

Robert B. Lawler, Asst. Dist. Atty., Chief, Appeals Div., Leslie Sudock, Philadelphia, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

**PER CURIAM.**

The judgment of sentence of the Court of Common Pleas of Philadelphia is affirmed.